AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**JEFFREY C. FRANKLIN**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 19, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Ruger .45 caliber handgun and .45 caliber ammunition.

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER JUAN JOHNSON**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER JUAN JOHNSON**
**FIFTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____     at     **Washington, D.C.**
Date                                                                          City and State

_____          _____
**Name & Title of Judicial Officer**                          **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On Tuesday, June 19, 2007, at about 2:53 p.m., officers with the Metropolitan Police Department's Fifth District were on routine patrol in the 1300 block of Staples Street, N.E., Washington, D.C., when he heard a loud crashing sound coming from the 1400 block of Staples Street, N.E. Officers went the area with they thought the sound came from and saw the defendant, Jeffrey Franklin, running from a two car accident. Officers chased the defendant in their squad cars. While officers chased the defendant, the undersigned officer saw him reach into his waistband area, pull out a silver handgun, and then aim it at him as he got out of his vehicle. The officer unholstered his weapon, and ordered the defendant to drop his weapon and get on the ground. The defendant threw the weapon into the yard and got on the ground. Officers placed the defendant under arrest. Officers recovered a loaded Ruger .45 caliber semi-automatic handgun. To the best of the undersigned officer's knowledge, defendant Jeffrey C. Franklin, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Prince George's County, Maryland. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no Ruger .45 caliber semi-automatic handguns nor ammunition manufactured in the District of Columbia.

        OFFICER JUAN JOHNSON
        FIFTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF JUNE, 2007.

        U.S. MAGISTRATE JUDGE